**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

IN RE:                                : BR NO. 24-10188
GENENE GEDDES                         :
    Debtor                          : Chapter 13

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

**Genene Geddes has filed an objection to the proof of claim you filed in this bankruptcy case.**

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection**, scheduled to be held on March 19, 2025, at 1:00PM, in Courtroom No.1. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing**, to contest the objection to your claim **you must notify the person listed below at least 7 days before the hearing date.** If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Date: 2/1/25            /s/Tim Zearfoss
                        Tim Zearfoss, Esquire
                        Unit G117
                        1601 Spring Garden St.
                        Philadelphia, PA 19130
                        PH:(610)734-7001
                        Email: tzearfoss@aol.com