**Form 167** (1/25)–doc 53 – 47

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  )<br>  Genene Geddes  )<br>  )<br>  )<br>  Debtor(s).  )<br>  )<br>  ) | Case No. 24–10188–djb<br><br>Chapter: 13 |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Derek J Baker , United States Bankruptcy Judge to consider:

.

Debtor's Objection to Claim Number 8 by claimant NewRezLLC dba Shellpoint Mtg. Svcng.

Objection filed by Debtor Genene Geddes represented by TIMOTHY ZEARFOSS (Counsel).

*** THIS IS A RE–SCHEDULED HEARING ***

Participants can attend this hearing either in–person at the courthouse OR by video conference on ZoomGov.com with JOIN Meeting ID # 161 0657 4791.

******

on: 4/24/25

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: March 12, 2025

For The Court

Timothy B. McGrath
Clerk of Court