**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

| | |
|---|---|
| IN RE: | : BR NO. 24-10188 |
| GENENE GEDDES | : |
| Debtor. | : Chapter 13 |

**AMENDED CERTIFICATE OF SERVICE**

I, Timothy Zearfoss, Esquire, hereby certify that a true and correct copy of the foregoing Third Amended Plan was served July 29, 2025 by First Class, U.S. Mail and/or e-filing upon all known creditors and the Ch. 13 and US Trustee.

/s/Timothy Zearfoss
Timothy Zearfoss, Esquire