IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Genene Geddes<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>24-10188-djb |
| FCI Lender Services, Inc. as servicer for<br>Wilmington Savings Fund Society, FSB, as<br>Owner Trustee of the Residential Credit<br>Opportunities Trust X-C<br>　　　Movant.<br>v.<br><br>Genene Geddes<br>　　　Debtor/Respondent,<br><br>Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>　　　Additional Respondent. | CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust X-C, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party.  This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or

conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

        Respectfully submitted,

Dated:  September 8, 2025          BY:/s/ Christopher A. DeNardo
        Christopher A. DeNardo, 78447
        Heather Riloff, 309906
        Leslie J. Rase, 58365
        LOGS Legal Group LLP
        985 Old Eagle School Road, Suite 514
        Wayne, PA 19087
        (610) 278-6800
        logsecf@logs.com

LLG File #: 25-072670

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Genene Geddes<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>24-10188-djb |
| FCI Lender Services, Inc. as servicer for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust X-C<br>    Movant.<br>v.<br><br>Genene Geddes<br>    Debtor/Respondent,<br><br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>    Additional Respondent. | CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

    I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 8th day of September, 2025:

Genene Geddes
39 West Wyncliffe Avenue
Clifton Heights, PA 19018

TIMOTHY ZEARFOSS
1601 Spring Garden Street
Unit G117
Philadelphia, PA 19130 - VIA ECF

Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com - VIA ECF

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Christopher A. DeNardo
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com