**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

```
IN RE:                                : BR NO. 24-10188
GENENE GEDDES                         :
        Debtor.                       : Chapter 13
```

**NOTICE OF FILING OF APPLICATION FOR**
**ALLOWANCE OF COMPENSATION**

Please take notice that the debtor's attorney, Timothy Zearfoss, Esquire, has filed an application with the Court for allowance of additional compensation in the amount of $3225.00, for total compensation of $4725.00.

Any person who objects to the approval of said fee must, within 21 days of the date of this notice, file an objection with the Clerk of the United States Bankruptcy Court, 900 Market St., Ste. 400, Phila. PA 19107, and serve the same upon debtor's counsel, Timothy Zearfoss, Esquire, Unit G117, 1601 Spring Garden St., Phila. PA 19130. Telephone(610)-734-7001.

In the event that no objection is filed, the Court may approve the application.

Date: 12/5/25                          /s/Tim Zearfoss
                                       Timothy Zearfoss, Esquire