United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 24-10188-djb

Genene Geddes     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Dec 08, 2025     Form ID: pdf900     Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Genene Geddes, 39 West Wyncliffe Avenue, Clifton Heights, PA 19018-1227 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing c/o, Hill Wallack LLP, 1415 Route 70 East Suite 309, Cherry Hill, NJ 08034-2210 |
| 14853968 | + | NewRez LLC, C/O Angela C. Pattison, 1415 Route 70 East, Ste. 309, Cherry Hill, NJ 08034-2210 |
| 15049679 | + | Wilmington Savings Fund Society ,et al, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 15047794 | + | Wilmington Savings Fund Society ,et al, 3020 Old Ranch Parkway, Suite 180, Seal Beach , CA 90740-2799 |
| 14847978 | | World Omni Financial Corp, Attn: Bankruptcy, 250 Jim Moran Blvd, Deerfield Beach, FL 33442 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 09 2025 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 09 2025 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Dec 09 2025 00:20:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| cr | ^ | MEBN | Dec 09 2025 00:15:26 | Wilmington Savings Fund Society, FSB, as Owner Tru, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |
| 14847947 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 09 2025 00:20:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14847949 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 09 2025 00:30:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14847951 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 09 2025 00:20:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14847952 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 09 2025 00:20:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14847953 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 09 2025 00:20:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14847954 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 09 2025 00:20:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14847956 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 24-10188-djb    Doc 85    Filed 12/10/25    Entered 12/11/25 00:40:52    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 08, 2025 | Form ID: pdf900 | Total Noticed: 41 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 09 2025 00:20:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14847955 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 09 2025 00:20:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14847957 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 09 2025 00:29:55 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14847958 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 09 2025 00:20:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14847959 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 09 2025 00:29:55 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14857405 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2025 00:29:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14847960 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 09 2025 00:20:00 | LoanCare LLC, 3637 Sentara Way, Ste 303, Virginia Beach, VA 23452-4262 |
| 14847961 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2025 00:30:07 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14857432 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 09 2025 00:29:52 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14847966 | | Email/Text: ml-ebn@missionlane.com | Dec 09 2025 00:20:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 14847962 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 09 2025 00:30:07 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14862008 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 09 2025 00:20:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14847963 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 09 2025 00:20:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14847965 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 09 2025 00:20:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14869371 | | Email/Text: mtgbk@shellpointmtg.com | Dec 09 2025 00:20:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14928136 | ^ | MEBN | Dec 09 2025 00:15:23 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14847967 | + | Email/PDF: cbp@omf.com | Dec 09 2025 00:30:16 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14847969 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 09 2025 00:29:55 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14847971 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Dec 09 2025 00:30:08 | Regional Acceptance Corporation, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 14847973 | + | Email/Text: bankruptcy@sw-credit.com | Dec 09 2025 00:20:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 14847972 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 09 2025 00:20:00 | Santander Consumer USA Inc., Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14847977 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 09 2025 00:20:00 | TOYOTA FINANCIAL SVCS, PO BOX 259001, Plano, TX 75025-9001 |
| 14847974 | ^ | MEBN | Dec 09 2025 00:15:25 | Telecom Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 14847976 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 09 2025 00:20:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |

Case 24-10188-djb    Doc 85    Filed 12/10/25    Entered 12/11/25 00:40:52    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 08, 2025 | Form ID: pdf900 | Total Noticed: 41 |

| 14906415 | Email/PDF: bncnotices@becket-lee.com | | |
|---|---|---|---|
| | | Dec 09 2025 00:29:55 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14847948 | *+ | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14847950 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14847964 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14847968 | *+ | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14847970 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14847975 | *+ | Telecom Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 14847979 | * | World Omni Financial Corp, Attn: Bankruptcy, 250 Jim Moran Blvd, Deerfield Beach, FL 33442 |
| 15048237 | ##+ | Wilmington Savings Fund Society, FSB, c/o CHRISTOPHER A. DENARDO, Shapiro and DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2025       Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. UNTERLACK | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing aunterlack@hillwallack.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| KAITLIN D. SHIRE | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kshire@hillwallack.com lharkins@ecf.courtdrive.com |
| KAITLIN D. SHIRE | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing c/o Hill Wallack LLP kshire@hillwallack.com lharkins@ecf.courtdrive.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| TIMOTHY ZEARFOSS | on behalf of Debtor Genene Geddes tzearfoss@aol.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 08, 2025 | Form ID: pdf900 | Total Noticed: 41 |

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| GENENE GEDDES | : | |
| Debtor | : | Bky. No. 24-10188 |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Ken West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **December 5, 2025**

_____
**DEREK BAKER**
**U.S. BANKRUPTCY JUDGE**