**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

```
IN RE:                           : BR NO. 24-10188
GENENE GEDDES                    :
      Debtor.                    : Chapter 13
```

**CERTIFICATION OF NO OBJECTION**

TIMOTHY ZEARFOSS, ESQUIRE, counsel for the within debtor, hereby certifies that on December 5, 2025, true and correct copies of the Notice of Filing for Allowance of Compensation pursuant to L.B.R. 2016-2 were served on all appropriate parties. TIMOTHY ZEARFOSS, ESQUIRE further certifies that no answers, objections, responsive pleadings or requests for hearing were filed or served upon him within the requisite time.

Date: 12/29/25                  /s/Tim Zearfoss
                                Tim Zearfoss, Esquire
                                Unit G117
                                1601 Spring Garden St.
                                Phila. PA 19130
                                (610)734-7001