**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

```
IN RE:                            : BR NO. 24-10188
GENENE GEDDES                     :
        Debtor.                   : Chapter 13
```

### O R D E R

AND NOW, this _____ day of _____, 202\_\_\_, upon application of Timothy Zearfoss, Esquire, as counsel for the above-named debtor, for allowance of compensation pursuant to L.B.R. 2016-3(a)(1), it is:

ORDERED, ADJUDGED and DECREED, that compensation be paid to the applicant in the amount of $3225.00, for total compensation of $4725.00, in the above-captioned matter.

BY THE COURT:

**Date: December 30, 2025**

_____
J.